AO 106 (Rev. 04/10) Application for a Search Warrant
Case 1:19-mj-00904-ADC Document 2 Filed 04/02/19 Page 1 of 1
FILED ENTERED
LOGGED RECEIVED
APR 0 2 2019
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Certain Cell Towers in the possession or control of Verizon, T-Mobile, and Sprint.

Case No. **19-0904 ADC**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment B attached hereto and incorporated herein by reference.

located in the _____ District of _____Maryland_____, there is now concealed *(identify the person or describe the property to be seized)*:

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951 (a)) | Affecting Interstate Commerce by Robbery |

The application is based on these facts:

See attached Affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Brendan Plasha Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 15 March 2019

_____
*Judge's signature*

City and state: Baltimore, Maryland

A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*